FILED

UNITED STATES OF AMERICA WESTERN DISTRICT COURT

WESTERN DISTRICT OF TEXAS

JAN 2 5 2018

AUSTIN DIVISION

A18CV0069LY

**Plaintiff**                    {}     CASE#_____

**SAMI SANKARI**                 {}

**DEFENDANT**                    {}

**Eyhab Khamiss**                {}


**Plaintiff SAMI SANKARI Address:**

8445 SOUTHWESTERN BLVD. APT.#6131 DALLAS TX. 75206.

**Defendant EHAB KHAMIS addresses:**

14513 RUMFELDT ST. AUSTIN, TX 78725-1836


Eyhab Khamis had entered numerous slandering on my phone message" You bitch, you bitch, you bitch numerous times..." Which are violations under U.S. Law Title 28 › Part VI › Chapter 181 › § 4101 - 28 U.S. Code § 4101. Ehab Khamis seemed to be doing conspiracies under Title 18 › Part I › Chapter 13 › § 241 -- 18 U.S. Code § 241. Ehab Khamis had leased my ex-Yellow Cab Taxi car #78, 2007 Chrysler 200, night shift lease 12 hours a day and 7 days a week. After weeks of dealing with Ehab Khamis. Same daily issues. He always returned the car missing 7 dollars gas. The gas was expensive. He did not pay me lease like how people pay lease. The usual lease for 12 hours shift was $485.00. It was too much to Eyhab Khamis thought to pay me this much since he had always thought of how much I paid company weekly payment of $555.00. He had only paid me around $245.00 else time $225 a week. Few weeks later then mid. August/2008, I had told Eyhab Khamis that I am not making money out of driving day shift. I do not think this routine is good. I do need to make money before I go back to school full-time. I always hear you telling me that "You do not find anything special about my car, and that you

could lease a taxi car from Brad Riker off Cesar Chavez St. Austin Tx. 78701." Since there are always slandering from him that my car of 2007 Chrysler 200 with about 15,500 miles is not much of special to him. I had told him that I want my car back from him within three weeks. Plaintiff SAMI SANKARI believes that Ehab Khamis did not have right to leave him message slandering "You bitch, you bitch, you bitch...." numerous time as he was finishing up his business conduct with me the plaintiff Sami Sankari. Eyhab Khamis had return the car once with smelly stinky dried blood round shape which was little bigger then ping pong ball shape on the gray leather back seat, in spot that was behind the middle of the driver seat. I smelled stink in the car, but I did not look at the rear seat when I had taken the car back from khamis as we used to do in daily routine. My usual customer that call me from North or South Carolina to pick her up; ended up leaving my car once with red spot on her white skirt. I had told her that there is red spot on your skirt. She had told me that it seems to be from your car. I had told her that I did not know about it, it is from the previous driver. She had said:" Try to know what was going on." Eyhab Khamis had told me that" He had picked up a drunk lady, and he had stuck his finger in her pussy."

Witness on slandering message: Hadi Talah from Yeimen since I had let Hadi Talah listen to Ehab Khamis message left to me on my cellphone after he had left my car. In the meantime, Eyhab Khamis had asked Debby Tayler if she would let him take over my car bought out. She had refused. I had told him. That is all I can do for you. I had offer you to buy the car from the company that I have been financing the car from. Now that we are going into dead end, try to find someone to lease you his car or go to brad Riker within 3 weeks. In the meantime, I did not have to give him three weeks. However, he had decided to leave me cussing message since I had told him that I am going to return the car to the company, and we both go drive with different car owner. He had gotten pissed off when he had known that I did not return the car. I just want to finish dealing with him. Ehab Khamis work at his father restaurant during noon time. It is not clear if he had fueled the world there with his creative defamation sentences on me and on my relatives. 2004, when I was driving for Roy's Inc. before they merge with

yellow cab Austin, more than three cab drivers (Nassir Refa-ee from Nassiriah Iraq, Hadi Talah from Yeimein, and Veterinary doctor Mohammad from Egypt) had told me to avoid dealing with Eyhab Khamis since everyone else here complain about him. In the meantime, he had too many bad credits.

2008, Ehab Khamis had claimed that no one has been able to defeat the Palestinian even America. Ehab Khamis had gotten angry once and told me that" Lebanese Army just get braved attacking Palestinian Camp in Baddawee, North Lebanon instead of attacking Israel.

## Plea

The plaintiff SAMI SANKARI believe that this court has jurisdiction over complaint.

## PRAYERS

The Court find defendant guilty in harassments and making unreasonable sounds.

The Court impose maximum amount of punishments, fines, penalties and damages against defendants.

The Court find defendant guilty in conspiracy under Title 18 › Part I › Chapter 13 › § 241 -- 18 U.S. Code § 241 - Conspiracy against rights

The Court find defendants guilty under Title 18 › Part I › Chapter 45 › § 956 -- 18 U.S. Code § 956

The Court reward plaintiff lawyer fees.

The Court find the defendant guilty under Title 28 › Part VI › Chapter 181 › § 4101 - 28 U.S. Code § 4101 defamations, and under Title 18 › Part I › Chapter 13 › § 241 -- 18 U.S. Code § 241 - Conspiracy against rights, and under 34 U.S. Code § 12442 -- Title 34 › Subtitle I › Chapter 121 › Subchapter III › Part I › § 12442 - slandering.

The Court find defendant Eyhab Khamis guilty under Title 18 > Part I > Chapter 113 B > § 2333 – 18 U.S. Code § 2333 – Civil remedies. The court apply maximum civil damages against Ehab Khamis.

3

Plaintiff SAMI SANKARI

Forwarding address: 8445 SOUTHWESTHERN BLVD. APT. #6131 DALLAS, TX. 75206.

Email: Sami.Sankari2n@gmail.com

Phone: +1(512)560-1100

*Sami Sankari* (signature)